UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SCOTTSDALE INSURANCE )
COMPANY, )
        Plaintiff, )
 )
v. ) **JUDGMENT**
 )
 ) No. 5:12-CV-81-FL
CHILDREN'S HOME SOCIETY OF )
NORTH CAROLINA, INC., and )
RONALD E. FORD, SR, Administrator )
of the Estate of Sean Paddock, )
 )
        Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 3, 2013, and for the reasons set forth more specifically therein, that defendants' motions for summary judgment are denied and plaintiff's motion for summary judgment is granted.

**This Judgment Filed and Entered on July 3, 2013, and Copies To:**

Jerome P. Trehy, Jr. (via CM/ECF Notice of Electronic Filing)
R. Thompson Wright (via CM/ECF Notice of Electronic Filing)
Joseph R. Beatty (via CM/ECF Notice of Electronic Filing)
Robert M. Kennedy, Jr. (via CM/ECF Notice of Electronic Filing)
Kevin Michael O'Brien (via CM/ECF Notice of Electronic Filing)

July 3, 2013                       JULIE A. RICHARDS, CLERK
                                     /s/ Christa N. Baker
                                     (By) Christa N. Baker, Deputy Clerk